THE STATE, EX REL. ROUAULT, APPELLANT, *v.* CUYAHOGA COUNTY COMMON PLEAS COURT ET AL., APPELLEES.

(No. 76-1064—Decided May 4, 1977.)

66

Stewart & DeChant Co., L. P. A., and Mr. Lawrence E. Stewart, for appellant.

*Per Curiam.* The issue raised in this cause is whether a writ of prohibition should issue. The conditions prerequisite to issuance of a writ of prohibition include:

"* * * (1) The court or officer against whom it is sought must be about to exercise a judicial or quasi-judicial power; (2) it must appear that the refusal of the writ would result in injury for which there is no adequate remedy; (3) the exercise of such power must amount to an unauthorized usurpation of judicial power." *State. ex rel. Northern Ohio Telephone Co.,* v. *Winter* (1970), 23 Ohio St. 2d 6, 8.

Since prohibition will not lie unless all three prerequisites are met, and since appellant has a "plain and adequate remedy in the ordinary course of law," the writ must be denied. *State, ex rel. Stefanick,* v. *Municipal Court* (1970), 21 Ohio St. 2d 102, 104. In the instant cause, appellant has a right of appeal from a Common Pleas Court decision on Kraus' motions for intervention and for summary judgment. The judgment of the Court of Appeals, denying the writ, is therefore affirmed.

*Judgment affirmed.*

O'Neill, C. J. Herbert, Celebrezze, W. Brown, P. Brown, Sweeney and Locher, JJ., concur.